Supreme Court, New York Special Term. Reported. N. Y. L. J., January 2, 1904.

In the Matter of the Application of JOSEPH FREY for a Liquor Tax Certificate.

*Laurence G. Goodhart, Esq.,* attorney for petitioner.

*Herbert H. Kellogg, Esq.,* attorney for Special Deputy Commissioner.

SCOTT, J.   The duty and responsibility of passing upon the sufficiency of sureties is cast by the law in the first instance upon the special deputy commissioner of excise.   His determination thereon should not be overruled by the court, unless it be made to appear that his rejection of a surety has been unreasonable or capricious.   I cannot find that it is either.   I see no reason therefore for making any order in the premises.